In re ELDER. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) In the matter of the application of John Clifton Elder for admission to the bar No opinion. Application granted, and order signed.

ELECTRIC FIREPROOFING CO., Respondent, v. SMITH, et al., Appellants. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by the Electric Fireproofing Company against R. Wilson Smith and another. W. C. Wilson, for appellants. A. E. Pressinger, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See 99 N. Y. Supp. 37.

ELMIRA REALTY CO., Respondent, v. GIBSON et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by the Elmira Realty Company against Judson A. Gibson and others.

PER CURIAM. Judgment affirmed, with costs. See 92 N. Y. Supp. 913.

SMITH P. J., not voting.

EMERICK, Respondent, v. HACKETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Frederick A. Emerick against Mary E. Hackett. No opinion. Judgment affirmed, with costs.

EVANS, Respondent, v. EASTMAN KODAK CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) Action by Clarence E. Evans against the Eastman Kodak Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements, without prejudice to a renewal of the motion, upon showing that the plaintiff has been given an opportunity to examine the machine in question, on payment of the costs of this appeal.

SPRING and ROBSON, JJ., vote for affirmance without condition.

FARGO et al. v. SQUIRES et al. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907) Action by James C. Fargo and another against Herbert G. Squires and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re FARMERS' LOAN & TRUST CO. et al. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) In the matter of the judicial settlement of the account of the Farmers' Loan & Trust Company, as trustee, etc., and others. No opinion. Decree of the Surrogate's Court of Suffolk county (100 N. Y. Supp. 862, 51 Misc. Rep. 162), in so far as appealed from, affirmed, with costs, on the opinion of the surrogate.

FARR, Appellant, v. PRENDERGAST, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) Action by Merrill E. Farr against James H. Prendergast.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KRUSE, J., dissents.

FARRAND et al., Appellants, v. WILEY, Respondents, et al. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Edrick H. Farrand and others against Amelia E. Wiley, impleaded. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiffs to serve an amended complaint, if so advised, upon payment of the costs of this appeal and the costs allowed on the motion.

FELDMAN et al., Respondents, v. GURLAND et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Annie Feldman and another against Harry Gurland and others. No opinion. Order affirmed on argument, with $10 costs and disbursements.

FISHER, Respondent, v. MEEKER, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by George Fisher against Allen C. Meeker. No opinion. Motion denied.

FLANDERS, Appellant, v. PEETS, Respondent, et al. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by Allen B. Flanders against Libbie Peets, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

FLEMING, Respondent, v. GENERAL CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by John Fleming against the General Chemical Company. No opinion. Judgment modified, by striking out the provision for an extra allowance for want of power in the court below to grant the same, and, as modified, judgment and order unanimously affirmed, without costs.

FOGARTY, Respondent, v. GENERAL CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by Patrick Fogarty against the General Chemical Company. No opinion. Judgment modified, by striking out the provision for an extra allowance for want of power in the court below to grant the same, and, as modified, judgment and order unanimously affirmed, without costs.

FT. SCHUYLER CONSTRUCTION CO., Appellant, v. CONSOLIDATED WATER CO. OF UTICA, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) Action by the Ft. Schuyler Construction Company against the Consolidated Water Company of Utica. No opinion. Order affirmed, with costs and disbursements.